TOYAH OIL & PIPE LINE CO. v. CAMP.

(Court of Civil Appeals of Texas. El Paso.
May 2, 1912.)

1. APPEAL AND ERROR (§ 770*) — BRIEFS —
NECESSITY.

In the absence of briefs, the Court of Civil
Appeals can consider no errors except such
as are fundamental in their nature.

[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 3104, 3106, 3107; Dec.
Dig. § 770.*]

2. APPEAL AND ERROR (§ 773*)—DISPOSITION
OF CAUSE—AFFIRMANCE.

In the absence of briefs, and where no
fundamental error is shown by the record,
judgment will be affirmed.

[Ed. Note.—For other cases, see Appeal and
Error, Cent. Dig. §§ 3104, 3108–3110; Dec.
Dig. § 773.*]

Appeal from Reeves County Court; Jno.
Y. Leavell, Judge.

Action between the Toyah Oil & Pipe Line
Company and A. L. Camp. From a judg-
ment for Camp, the Oil Company appeals.
Affirmed.

Howard & Capers, of Midland, for appel-
lant. J. W. Parker, of Pecos, and A. L.
Camp, of Dallas, for appellee.

HIGGINS, J. [1, 2] In this cause it is or-
dered that appellant's briefs be and they are
hereby stricken from the files. In the ab-
sence of briefs, we can consider no errors
except such as are fundamental in their na-
ture, and, none such appearing, the judgment
is affirmed.

McKENZIE, J., not sitting.